Office of the General Counsel



---
UNITED STATES INTERNATIONAL TRADE COMMISSION
---

WASHINGTON, DC 20436

September 13, 2017

The Honorable Peter R. Marksteiner
Circuit Executive and Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, DC  20439

**Re:**   *Cisco Systems, Inc. v. ITC* **(2017-2289, -2351)**

Dear Mr. Marksteiner:

On August 11, 2017, appellant Arista Networks, Inc. ("Arista") filed a motion before the Court to stay enforcement of the Commission's limited exclusion order and cease and desist order ("the remedial orders") pending the outcome of the above-referenced appeal.  On September 8, 2017, the appellee U.S. International Trade Commission ("the Commission") filed its opposition to Arista's motion.  In its opposition, the Commission noted that Arista had previously filed a motion to stay enforcement of the remedial orders before the

Mr. Marksteiner
Page 2

Commission, and that the matter was still pending before the Commission at that time.

On September 11, 2017, the Commission issued an order denying Arista's stay motion before the Commission.

Sincerely,

/s/ Megan M. Valentine
Megan M. Valentine, Esq.
Attorney for Appellee
United States International Trade Commission

cc: Counsel of record (via ECF)

# CERTIFICATE OF SERVICE

I certify that I served a copy of the attached **LETTER OF APPELLEE INTERNATIONAL TRADE COMMISSION** on counsel of record on September 13, 2017, by the Court's CM/ECF system.

<u>/s/ Megan M. Valentine</u>
Megan M. Valentine, Esq.
Attorney Advisor
U.S. International Trade Commission
500 E Street, SW
Washington, DC  20436
tel. (202) 708-2301
fax (202) 205-3111
megan.valentine@usitc.gov